IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| KELLY CULLEN, | |
| Plaintiff, | CIVIL ACTION NO.: 2:24-cv-51 |
| v. | |
| NICHOLAS BURIST, and MAYFLOWER TRANSIT, LLC, | |
| Defendants. | |

**O R D E R**

The parties filed a notice of settlement. Doc. 65. In the notice, the parties stated they expect to file a motion for dismissal with prejudice within 60 days. Id. I then held a telephonic status conference with the parties. On the call, the parties stated that they have agreed to settle all claims in this case but explained that they require more than 60 days to resolve all outstanding issues. Specifically, the parties explained that several beneficiaries of the settlement are minors and argued that they require additional time to contact the minors' legal guardians. Upon due consideration and for good cause shown, the Court hereby **STAYS** the proceedings, so the parties can address all potential logistical issues prior to settlement. The Court **DIRECTS** the parties to attend a telephonic status conference on **Monday, February 9, 2026, at 2:00 p.m.** If a stipulation of dismissal is filed before the conference, the conference will be canceled. If no

stipulation has been filed by the conference, the parties should be prepared to provide an update on their efforts to resolve this matter.

**SO ORDERED**, this 18th day of December, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA