**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA BRUNSWICK DIVISION**

| | | |
|---|---|---|
| KELLY CULLEN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:24-CV-51 |
| v. | ) | |
| | ) | |
| NICHOLAS BURIST, and MAYFLOWER TRANSIT, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# ORDER

Before the Court is Plaintiff's Petition for Approval of Minor's Settlement, dkt. no. 72. The motion has been briefed by Plaintiff, and the Court held a telephonic motion hearing regarding the Petition on August 4, 2026. Dkt. Nos. 72, 77. At the hearing, the Court directed Plaintiff to file an affidavit stating how one missing heir came to light and detailing the efforts taken to locate that missing heir. Dkt. No. 77. The Court also directed Plaintiff to file supplemental documentation to confirm the calculation of the five-way split in settlement. Id. Plaintiff has since filed both an affidavit and the supplemental documentation requested by the Court. Dkt. Nos. 78, 79, 81.

In light of the Petition, the parties' settlement agreement, the arguments of counsel, the supplemental affidavit and filings by Plaintiff following the motion

hearing, and all other files, records, and pleadings herein, Plaintiff's Petition for Approval of Minor's Settlement, dkt. no. 72, is **GRANTED.**

**IT IS HEREBY ORDERED AND ADJUDGED THAT** Plaintiff is authorized to consummate the settlement and execute any and all agreements, receipts, releases, and other documents necessary or proper to effectuate said settlement. Plaintiff is also authorized to pay from the gross settlement amount all fees and expenses referenced in said Petition and to distribute the net settlement proceeds as outlined in the Petition and supplemental materials.

**SO ORDERED** this 14 day of September, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA