**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

KELLY CULLEN,

Plaintiff,

v.

NICHOLAS BURIST, et al.,

Defendants.

CIVIL ACTION NO.: 2:24-cv-051

**ORDER**

The above-captioned case filed in the Brunswick Division of this Court is currently assigned to the undersigned. The undersigned **RECUSES** from the case and **DIRECTS** the Clerk of Court to randomly assign the case to another district judge within the Southern District of Georgia.

**SO ORDERED** this 24th day of November, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA